In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of HARRY SCHARAGA, Judgment Creditor, Appellant, v. EVA SHEAR, Judgment Debtor; EDWARD B. BERMAS, Receiver, Respondent.— Motion for reargument of motion denied, with ten dollars costs. In effect, the motion is one to permit the appellant to appeal to this court from an order of the Appellate Term although his time to apply for leave to appeal has expired. There is no warrant for an appeal herein. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

DORA KAUFMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

JANET M. KROTOSKY, by Her Guardian ad Litem, IRVING KROTOSKY, Respondent, v. THE CITY OF NEW YORK, Appellant, and W. H. GAHAGAN REALTY Co., INC., Defendant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

LAWRENCE LEVENBERG, Appellant, v. SPYROS P. SKOURAS, Defendant, and GEORGE P. SKOURAS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

RACHEL MARKS, Respondent, v. JOHN J. KIELEY and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

EDWARD POTTER, as Permanent Receiver of the EMERSON-STEUBEN CORPORATION, etc., Appellant, v. EMERSON-STEUBEN CORPORATION, ISAAC KAUFMAN and Others, Respondents.— Motion to amend decision denied. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

FLORENCE W. E. RICHARDS, as Executrix, etc., of EUGENE LAMB RICHARDS, Deceased, Appellant, v. FRED Y. PRESLEY, NATIONAL INVESTORS CORPORATION and GUARDIAN DETROIT COMPANY, Respondents:— Motion of defendant National Investors Corporation for an order directing the clerk of the county of Richmond to transmit to this court the report of Joseph J. Baker, as referee herein, dated May 12, 1936, together with the accounts and all papers, and transferring and removing to this court, for hearing and determination, the motion made by the plaintiff at Special Term to confirm the report of the referee, and for other relief. The motion is denied. The order of this court does not indicate that it was our intention that the determination of the referee should be submitted to this court in the first instance. In any event it was not the intention of the court so to direct. The case does not warrant this court's superseding the Special Term. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

JOSEPHINE SYKORA, Respondent, v. CHRISTIAN G. SCHEURER, Doing Business under the Firm Name and Style of WILLIAM H. SCHEURER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.